**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

December 11, 2001

Memo To Counsel Re: Yvonne Kreider v. Robert Barlett, et al.
Civil No. JFM-99-3846

New Jersey Manufacturers Ins. Group v. Nationwide Mutual
Insurance Company, et al.
Civil No. JFM-01-2384

Nationwide Mutual Insurance Company v. Robert Bartlett
Civil No. JFM-01-3485

Dear Counsel:

The purpose of this letter is to "clean up" the docket in several respects.

First, the docket reflects that plaintiffs' summary judgment motion is pending. My recollection is that at the hearing held on October 1, 2001, I denied the motion without prejudice to plaintiffs renewing their arguments when they file a summary judgment motion in accordance with the schedule set on October 1, 2001.

Second, there is also pending a motion to stay or transfer filed by defendant Nationwide. In light of the fact that the Virginia action has now been transferred to this court, Nationwide's motion will be denied.

Third, I am sure that you agree that the transferred Virginia action (Civil No. 01-3485) should now be consolidated with Civil No. 99-3846 and Civil No. 01-2384. Accordingly, I will sua sponte order that consolidation.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File