IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVONNE KREIDER, ET AL. | * | |
| | * | |
| v. | * Civil No. JFM-99-3846 | |
| | * | |
| ROBERT BARLETT, ET AL. | * | |
| | ******* | |
| NEW JERSEY MANUFACTURERS | * | |
| | * | |
| v. | * Civil No. JFM-01-2384 | |
| | * | |
| NATIONWIDE MUTUAL INSURANCE | * | |
| COMPANY | * | |
| | ******* | |
| NATIONWIDE MUTUAL INSURANCE | * | |
| COMPANY | * | |
| | * | |
| v. | * Civil No. JFM-01-3485 | |
| | * | |
| ROBERT BARLETT | * | |
| | ******* | |

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 11 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

ORDER

In accordance with the accompanying letter to counsel, it is, this 11th day of December 2001

ORDERED

1. Plaintiffs' summary judgment motion is denied without prejudice to plaintiffs renewing their arguments at a later stage of these proceedings;

2. The motion to stay or transfer filed by Nationwide Mutual Insurance Company is denied; and

3. Civil Action No. 01-3485 is consolidated with Civil Actions Nos. 99-3846 and 01-2384.

_____
J. Frederick Motz
United States District Judge